IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRACE NWAOGU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) 06-CV-0703-JOF-GGB |
| | ) |
| WELLSTAR HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.3 of the Rules of the Northern District of Georgia, Plaintiff Grace Nwaogu ("Plaintiff") and Defendant WellStar Health System, Inc. ("Defendant") by their undersigned counsel, hereby submit their Joint Certificate of Interested Persons and state as follows:

1.

The undersigned Counsel of Record to this action certify that the following is a full and complete list of all parties in this action:

**Plaintiff:** Grace Nwaogu

**Defendant:** WellStar Health System, Inc.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which would be substantially affected by the outcome of this particular case:

For Plaintiff:         Theodore G. Frankel, Esq.

For Defendant:      WellStar Health System, Inc.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties:

   For Plaintiff:  Theodore G. Frankel, Esq.
           1104 Marsh Trail Circle
           Atlanta, GA 30328
           (770) 828-0450
           (770) 828-0264 (facsimile)

   For Defendant:  John F. Meyers
           Charles L. Bachman, Jr.
           Maile Gilmore
           *SEYFARTH SHAW, LLP*
           One Peachtree Pointe
           1545 Peachtree Street, N.E.
           Suite 700
           Atlanta, Georgia 30309
           (404) 885-1500
           (404) 892-7056 (facsimile)

-3-

Respectfully submitted this 23rd day of June, 2006.

By   s/ Theodore G. Frankel         By   s/ Maile Gilmore
       Theodore G. Frankel, Esq.              John F. Meyers, Esq.
       Georgia Bar No. 273000                Georgia Bar No. 503692
       1104 Marsh Trail Circle                 Charles L. Bachman, Jr.
       Atlanta, Georgia 30328                 Georgia Bar No. 030545
       Telephone: (770) 828-0450             Maile Gilmore, Esq.
       Facsimile: (770) 828-0264             Georgia Bar No. 300451
                                                    Seyfarth Shaw LLP
                                                    1545 Peachtree Street, N.E.
                                                    Suite 700
                                                    Atlanta, Georgia 30309
                                                    Telephone: (404) 885-1500
                                                    Facsimile: (404) 892-7056

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GRACE NWAOGU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 06-CV-0703-JOF-GGB |
| | ) | |
| WELLSTAR HEALTH SYSTEM, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This shall certify that I this day served the below with a true and correct a copy of the within and foregoing *JOINT CERTIFICATE OF INTERESTED PERSONS* by placing a copy of the same in the United States Mail with sufficient postage annexed to ensure delivery addressed as follows:

> Theodore G. Frankel, Esq.
> 1104 Marsh Trail Circle
> Atlanta, Georgia 30328

This the 23rd day of June, 2006.

> s/ Maile Gilmore
> Counsel for Defendant

AT1 32333613.1